# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vernon Stuart Nash,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-18-02986-PHX-RCC<br><br>**ORDER** |

On May 18, 2021, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended that the Court enter an order denying Petitioner Vernon Stuart Nash's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) (Doc. 12). (Doc. 20.) Judge Macdonald notified the parties they had fourteen days from the date of the R&R to file objections and an additional fourteen days to file a response. (*Id.* at 26.) No objections were filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id*. at 154.

The Court has reviewed and considered the amended Petition (Doc. 12), Judge

| | |
|---|---|
| 1 | Macdonald's screening order (Doc. 13), Respondent's limited response (Doc. 17), and |
| 2 | the R&R (Doc. 20). The Court finds the R&R well-reasoned and agrees with Judge |
| 3 | Macdonald's conclusions. |
| 4 | Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 20) and Plaintiff's |
| 5 | Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal |
| 6 | Custody (Doc. 12) is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket |
| 7 | accordingly and close the case file in this matter. |
| 8 | Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event |
| 9 | Petitioner files an appeal, the Court declines to issue a certificate of appealability because |
| 10 | reasonable jurists would not find the Court's ruling debatable. *See Slack v. McDaniel*, 529 U.S. |
| 11 | 473, 484 (2000). |
| 12 | Dated this 13th day of July, 2021. |

_____
Honorable Raner C. Collins
Senior United States District Judge